UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JASON D. BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:19-CV-388-TAV-HBG |
| | ) | |
| P.A. HOLT, | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT ORDER**

For the reasons expressed in the memorandum opinion filed herewith, Defendant's motion for summary judgment [Doc. 14] is **GRANTED**, and this pro se prisoner's complaint is **DISMISSED WITHOUT PREJUDICE** for want of exhaustion.

Because the Court **CERTIFIED** in the memorandum opinion that any appeal taken from this decision would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close this case.

ENTER:

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ John L. Medearis
    CLERK OF COURT